IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABEUS DEWAYNE ROBINSON, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 2:22-cv-209-MHT-JTA<br>) [WO] |
| CHILTON COUNTY JAIL, et al., | )<br>) |
| Defendants. | ) |

## **ORDER**

Plaintiffs, inmates incarcerated at the Chilton County Jail, in Clanton, Alabama, filed a *pro se* Complaint on a standard form for actions brought under 42 U.S.C. § 1983. Doc. No. 1. They allege infringement of their right to constitutionally adequate conditions of confinement and the legality of the process resulting in their detention. *Id.* at 2–3.

The captioned action will be assigned to Plaintiff Tabeus Dewayne Robinson in accordance with the directives in this Order. Although Plaintiff Robinson filed an application for leave to proceed *in forma pauperis*, none of the other named Plaintiffs have filed an application for *pauper* status nor have any of them submitted the necessary fees to proceed in this cause of action absent leave to proceed *in forma pauperis*. However, the Prison Litigation Reform Act ("PLRA") of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Multiple prisoners are, therefore, not entitled to enjoin their claims in a single cause of action.

In light of the foregoing and because Plaintiff Robinson may not represent the rights of the other inmate-plaintiffs, the Clerk of this Court is DIRECTED to:

1. Open separate civil actions for each Plaintiff named in this Complaint and assign the present cause of action to Plaintiff Tabeus Dewayne Robinson.

2. Assign the newly opened cases in accordance with this Court's normal assignment procedures.

3. Place a copy of the Complaint, including any and all attachments (Doc. No. 1), to which the newly opened civil action is assigned, and a copy of this Order in the newly opened case files.

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

DONE this 1st day of August, 2022.

*/s/ Jerusha J. Adams*
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE