IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TABEUS DEWAYNE ROBINSON,      )
                              )
     Plaintiff,               )
                              )       CIVIL ACTION NO.
     v.                       )         2:22cv209-MHT
                              )              (WO)
CHILTON COUNTY JAIL,          )
et al.,                       )
                              )
     Defendants.              )
```

OPINION AND ORDER

Plaintiff, who is incarcerated at the Chilton County Jail, filed this lawsuit challenging issues related to his and others' arrest and incarceration, as well as the conditions of confinement at the jail. He seeks class certification. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for class certification be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the

recommendation should be adopted and the motion for class certification denied.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 5) is adopted.

(2) The motion for class certification (Doc. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 24th day of August, 2022.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**