IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TABEUS DEWAYNE ROBINSON,    )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:22cv209-MHT
                            )          (WO)
CHILTON COUNTY JAIL,        )
et al.,                     )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit asserting constitutional violations related to his and others' arrest and incarceration, as well as to the conditions of confinement at the jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of October, 2022.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**